THE PEOPLE ex rel. JOHN MANN v. JACOB MOTT AND OTHERS, RESPONDENTS.

*Commissioners to assess damages for laying out roads — powers of — when expended.*

After the commissioners, appointed by the County Court to assess the damages occasioned to owners of land by the laying out of a highway, have met together, agreed upon and signed an assessment, and have delivered the same to a commissioner of highways, who has filed the same in the town clerk's office, they have no power to meet again to review such assessment, or to correct errors therein.

CERTIORARI to review the decision of a jury, on appeal from an assessment by commissioners appointed to assess the damages occasioned by laying out a highway in the town of Greenburgh, Westchester county.

*J. O. Dykman*, for the relator.

*C. Frost* and *L. T. Yale*, for the respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Proceedings for assessment by jury, as to relator, reversed with costs.